PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision

| | |
|---|---|
| Name of Offender: Anthony R. Gallo | Case Number: 2:13CR00096-RHW-12 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. Judge | |
| Date of Original Sentence: January 30, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Bank Fraud, 18 U.S.C. § 1344 | Date Supervision to Commence: July 7, 2014 |
| Original Sentence: Prison - 15 months<br>TSR - 36 months | Date Supervision to Expire: July 6, 2017 |

### PETITIONING THE COURT

To modify the conditions of supervision by removing the following condition:

14  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Gallo is currently at the residential reentry center (RRC) located in Coeur d'Alene, Idaho, until July 7, 2014. On that date, he is expected to commence his 3-year term of supervision imposed by Your Honor. The above-referenced special condition was included at sentencing. The offender has submitted a release plan that has been approved by the undersigned officer. Mr. Gallo secured a full-time job and expects to reside with his parents upon release from the Federal Bureau of Prisons (BOP).

On June 25, 2014, the BOP cancelled Mr. Gallo's public law placement, for security reasons, effective July 7, 2014.

It is respectfully recommended that the Court grant the offender's release from the RRC, to allow him to reside at the noted address, 1018 West Augusta, Spokane, Washington, effective July 7, 2014.

Respectfully submitted,

by   s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date:  June 27, 2014

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

July 1, 2014

Date