PROB 12C  
(7/93)

Report Date: August 27, 2014

## United States District Court

for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony R. Gallo | Case Number: 2:13CR00096-RHW-12 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: January 30, 2014 | |
| Original Offense: Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Sean Thomas McLaughlin | Date Supervision Commenced: July 7, 2014 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: July 6, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Anthony Gallo violated the conditions of his supervised release in Spokane, Washington, on or about August 18, 2014, by consuming alcohol. On August 21, 2014, the offender appeared in the U.S. Probation Office as directed. The offender reported that he had made a poor choice approximately 3 days prior, and had consumed alcohol. The offender signed the admission of drug use form on August 21, 2014. |
| 2 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Anthony Gallo violated the conditions of his supervised release in Spokane, Washington, on or about August 18, 2014, by consuming methamphetamine. On August 21, 2014, the offender appeared in the U.S. Probation Office as directed. At that time, the offender indicated that he had made a poor choice approximately 3 days prior, and had ingested methamphetamine. The offender signed the admission of drug use form on August 21, 2014. |

Prob12C
Re: Gallo, Anthony R.
August 27, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/27/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

9/5/2014
Date