PROB 12C
(7/93)

Report Date: September 23, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony R. Gallo | Case Number: 2:13CR00096-RHW-12 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 30, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344 | | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Sean Thomas McLaughlin | Date Supervision Commenced: | July 7, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 6, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/27/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 23:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Anthony Gallo violated the conditions of his supervised release in Spokane, Washington, on August 28, 2014, by failing to submit a urine sample for testing as directed. |

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/27/2014.

Prob12C
Re: Gallo, Anthony R.
September 23, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/23/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 23, 2014
Date